IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                      Cr. No.   2:18CR20036-05

    v.                                            *and*

Dedrick CHISM                          RC. No.   2:22rc002-JTF

    Offender.

**CONSENT OF THE PRESIDING/SENTENCING JUDGE TO ALLOW OFFENDER TO PARTICIPATE IN THE REENTRY COURT PROGRAM**

The undersigned District Judge is the Presiding/Sentencing Judge in the above Criminal Docket case and hereby gives consent for the above Offender to participate in the Reentry Court Program.  Consent is further given for the Honorable John T. Fowlkes, Jr., District Judge, to preside over the Offender's participation in Reentry Court under the above-numbered case pursuant to the policies and procedures set forth in the Reentry Court Program Manual.  This case will transfer from the presiding Reentry Court Judge to the Presiding/Sentencing Judge upon the Offender's termination from Reentry Court due to successful completion, temporary suspension, failure to successfully complete the Program, or adjudication of his/her pending Probation/Supervised Release violation petition.

    **DATED** this 20th day of May, 2022.

                                             **s/ Sheryl H. Lipman**
                                             **SHERYL H. LIPMAM**
                                             **UNITED STATES DISTRICT JUDGE**